# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

ERIE INSURANCE EXCHANGE A/S/O
BATES COLLISION, INC. JAMES MYERS,
ANITA MORGAN, LOSSIE AUTO
SERVICE, AND BENEDICTINE SISTERS
OF ERIE, INC.,

                    Respondents

            v.

UNITED SERVICES AUTOMOBILE
ASSOCIATION,

                  Petitioner

            v.

BATES COLLISION, INC.,

                  Respondent

: No. 27 WAL 2024
:
:
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 15th day of July, 2024, the Petition for Allowance of Appeal is

**GRANTED**. The issues, as stated by petitioner, are:

    a.    Did the Superior Court rule inconsistently with this Court's decision in *Pyeritz v. Commonwealth,* 32 A.3d 687 (Pa. 2011)[,] by ignoring that Erie's "promissory estoppel" claim was a masked cause of action for negligent spoliation of evidence not recognized in Pennsylvania, which also posed an issue of substantial public importance, and was its decision also inconsistent with Pennsylvania law on promissory estoppel?

b.   Was the Superior Court's decision inconsistent with Pennsylvania law on subrogation, as Erie's suit against [Petitioner] as the subrogee of its insureds was limited to their rights to recover from the party responsible for their property loss, and Erie had no right of recovery against [Petitioner] as a matter of law as it was undisputed that [Petitioner] did not cause the fire?

Justice McCaffery did not participate in the consideration or decision of this matter.